UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

DAVID JOHNSON BARZE                                   CIVIL ACTION

VERSUS                                                NUMBER: 09-2907

DANIEL EDWARDS, ET AL.                                SECTION: "I"(5)

O R D E R

The Court, having considered the complaint, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and the failure of plaintiff to file any objections to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion herein.

Accordingly,

**IT IS ORDERED** that plaintiff's suit is dismissed for failure to prosecute.

New Orleans, Louisiana, this ___25th___ day of May, 2010.

LANCE M. AFRICK
UNITED STATES DISTRICT JUDGE